THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK I. HARRIS, | CASE NO. C18-0052-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY, a Delaware corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to consolidate this lawsuit, *Mark Harris v. BNSF Railway Company*, Case No. C18-0052-JCC, with *Marvin Dykes v BNSF Railway Company*, Case No. C17-1549-JCC, also currently pending before this Court (Dkt. No. 6). Based on the information in the parties' motion, the Court finds consolidation appropriate and hereby GRANTS the motion (Dkt. No. 6). All future filings shall bear the caption and case number of the case first filed in this district, *Marvin Dykes v BNSF Railway Company*, Case No. C17-1549-JCC. The remaining case, C-18-0052-JCC shall be CLOSED.

//

//

//

MINUTE ORDER
C18-0052-JCC
PAGE - 1

DATED this 13th day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk