THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARVIN DYKES and MARK HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | CASE NO. C17-1549-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to extend the deadline for filing pleading amendments and third party actions (Dkt. No. 18). In its scheduling order, the Court set August 8, 2018 as the deadline for the parties to file pleading amendments or third party actions. (*See* Dkt. No. 10.) Pursuant to the parties' stipulation, the Court finds good cause to extend that deadline to September 7, 2018. (*See* Dkt. No. 18.) The parties shall file all pleading amendments or third party claims no later than September 7, 2018. All other deadlines remain as established in the Court's scheduling order.

//

//

//

DATED this 8th day of August 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk