UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN DYKES and MARK HARRIS, | CASE NO. C17-1549-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation (Dkt. No. 35) and proposed order (Dkt. No. 35-1) regarding a Federal Rule of Civil Procedure 35 examination. It is hereby ORDERED that Plaintiff Marvin Dykes will undergo a physical examination on October 17, 2018 in accordance with the terms set forth in the parties' stipulation (Dkt. No. 35).

DATED this 2nd day of October 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk