UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN DYKES and MARK HARRIS, | CASE NO. C17-1549-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant/Third Party-Plaintiff | |
| v. | |
| CANADIAN NATIONAL RAILWAY COMPANY, | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Local Civil Rule 10(e)(9), the Court ORDERS as follows:

- Defendant BNSF shall provide the Court with a courtesy copy of its motion for summary judgment (Dkt. No. 46) and supporting documents (Dkt. Nos. 47, 47-1–47-3.)

- Plaintiffs shall provide the Court with a courtesy copy of its response to Defendant's motion for summary judgment (Dkt. No. 51) and supporting

1           documents (Dkt. Nos. 52, 52-1–52-4.)

2    • The parties shall submit their courtesy copies no later than 5:00 p.m. on Friday, November 16, 2018. The courtesy copies shall be submitted in accordance with Local Civil Rule 10(e).

DATED this 15th day of November 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk