THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARVIN DYKES and MARK HARRIS, | CASE NO. C17-1549-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' email request for clarification regarding pretrial filing deadlines. The parties shall comply with the following deadlines:

| **Deadline** | **Date** |
| --- | --- |
| Motions *in limine* | March 22, 2019 |
| Responses to motions *in limine* | March 29, 2019 |
| Pretrial Order | March 29, 2019 |
| Proposed Jury Instructions | April 1, 2019 |
| Trial Briefs and Proposed Voir Dire | April 4, 2019 |

1    DATED this 8th day of February 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk

MINUTE ORDER
C17-1549-JCC
PAGE - 2