THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN DYKES and MARK HARRIS, | CASE NO. C17-1549-JCC |
| Plaintiffs, | ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

This matter comes before the Court on the mediator's notice of case settlement. On March 11, 2019, the mediator informed the Court that Plaintiff Mark Harris had settled his claims, but that Plaintiff Marvin Dykes had not. The mediator also recommend that, in his opinion, the appointment of a settlement judge may further the settlement process with regard to Plaintiff Dykes' claim. A jury trial is scheduled for this matter on April 8, 2019.

Pursuant to Local Civil Rule 39.1(e), this case is REFERRED to the Honorable Michelle L. Peterson, United States Magistrate Judge for a settlement conference, which the parties are ORDERED to attend. The Clerk is DIRECTED to provide Judge Peterson a copy of this order.

//

//

//

//

ORDER
C17-1549-JCC
PAGE - 1

1       DATED this 12th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1549-JCC
PAGE - 2