THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN DYKES and MARK HARRIS, | CASE NO. C17-1549-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on telephonic notice that the case has settled. Within 30 days of the issuance of this order, the parties shall file a stipulated dismissal. The Clerk is DIRECTED to VACATE the trial date currently scheduled for April 8, 2019 and TERMINATE all pending motions (Dkt. Nos. 94, 99, 101.)

DATED this 29th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1549-JCC
PAGE - 1