THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN DYKES and MARK HARRIS,

        Plaintiffs,

    v.

BNSF RAILWAY COMPANY,

        Defendant.

CASE NO. C17-1549-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 106). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to the parties. The Clerk is directed to CLOSE this case.

DATED this 23rd day of April 2019

                              William M. McCool
                              Clerk of Court

                              s/Tomas Hernandez
                              Deputy Clerk